JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.  CV 14-07015 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **PETER POLITIS,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Peter Politis, individually and doing business as Brix Pizza, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Peter Politis, individually and doing business as Brix Pizza, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

2    mail or by telefax or by email, copies of this Judgment on counsel for the

3    defendant or the pro se defendant in this matter.

4

5

6    Dated: March 24, 2016

7                                       _____

8                                       William Keller
                                        United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28